Court of California denied. *Mr. Louis W. Myers* for petitioners. *Mr. H. H. Linney,* Deputy Attorney General of California, for respondents.

No. 606. VIKING PUMP CO. *v.* NATIONAL LABOR RELATIONS BOARD. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James B. Newman* for petitioner. *Solicitor General Biddle* and *Messrs. Robert B. Watts, Laurence A. Knapp, Mortimer B. Wolf,* and *A. Norman Somers* for respondent.

No. 615. STEWART DIE CASTING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Silas H. Strawn* and *Frank H. Towner* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp, Mortimer B. Wolf,* and *Bertram Edises* for respondent.

No. 630. COMMISSIONER OF CORPORATIONS & TAXATION *v.* FLAHERTY. January 13, 1941. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied. *Mr. Paul A. Dever,* Attorney General of Massachusetts, for petitioner. *Messrs. Charles B. Rugg* and *H. Brian Holland* for respondent.

No. 644. H. W. GOSSARD CO. *v.* LOEBER'S, INC. January 13, 1941. Petition for writ of certiorari to the Cir-